HUNTON & WILLIAMS LLP
M. BRETT BURNS (SBN 256965)
mbrettburns@hunton.com
SUSAN S. JOO (SBN 260369)
sjoo@hunton.com
YVES NGUYEN (SBN 281408)
ynguyen@hunton.com
575 Market Street, Suite 3700
San Francisco, California 94105
Telephone:  (415) 975-3700
Facsimile: (415) 975-3701

Attorneys for Defendant
LOWE'S HOME CENTERS, LLC.

LAW OFFICES OF RANDAL M. BARNUM
Randal M. Barnum (SBN 111287)
rmblaw@pacbell.net
Carrie Croxall (SBN 190430)
ccroxall@rmblaw.com
Jenna R. Avila (SBN 307639)
jnunes@rmblaw.com
279 East H Street
Benicia, CA 94510
Telephone:  (707) 745-3747
Facsimile: (707) 745-4580

Attorneys for Plaintiff
AUGUSTINE RODRIGUEZ

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUGUSTINE RODRIGUEZ, an individual<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HIW, INC.; LOWE'S HOME CENTERS, LLC; and Does 1 through 50, inclusive,<br><br>Defendants. | CASE NO.:  2:16-CV-00161-TLN-AC<br><br>Hon. Troy L. Nunley<br><br>**ORDER GRANTING STIPULATION AND ORDER FOR REQUEST TO EXTEND DISCOVERY CUTOFF** |

On August 15, 2016, Defendant Lowe's Home Centers, LLC, filed a Stipulation and Request to Extend Discovery Cutoff on behalf of all parties to this action.

Pursuant to the stipulation by the Parties and good cause appearing therefor, the Court orders that the discovery cutoff is continued to November 21, 2016.

**IT IS SO ORDERED.**

Dated: August 16, 2016

_____
Troy L. Nunley
United States District Judge